IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

COREY TROTTER                                                              PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:23-cv-349-CWR-LGI

CANNON CHEVROLET NISSAN, LLC dba
CANNON NISSAN OF JACKSON                                        DEFENDANT

**<u>DEFENDANT CANNON CHEVROLET NISSAN, LLC DBA CANNON NISSAN OF JACKSON'S NOTICE OF REMOVAL</u>**

TO:     Daniel D. Ware, Esq.
         Ware Law Firm, PLLC
         103 3rd Street NW
         Magee, MS 39111

         Hon. Zack Wallace
         Hinds County First Judicial District Circuit Clerk
         P.O. Box 327
         Jackson, MS 39205

In accordance with 28 U.S.C. §§ 1331, 1441, and 1446, you are notified that Defendant Cannon Chevrolet Nissan, LLC dba Cannon Nissan of Jackson has removed the action entitled "*Corey Trotter v. Cannon Chevrolet Nissan, LLC dba Cannon Nissan of Jackson*," bearing Cause No. 25CI1:23-cv-231-EFP, from the Circuit Court for the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. Defendant Cannon Nissan of Jackson removes this case subject to and without waiving any and all jurisdictional rights and defenses. In support thereof, this Defendant states as follows:

**<u>BACKGROUND</u>**

1.      Plaintiff Corey Trotter commenced this action on April 26, 2023, by filing a complaint in the Circuit Court for the First Judicial District of Hinds County, Mississippi, assigned Cause No. 25CI1:23-cv-231-EFP, and styled, "*Corey Trotter v. Cannon Chevrolet Nissan, LLC*

{D2105530.1}

*dba Cannon Nissan of Jackson.*" Pursuant to L.U.Civ.R. 5(b), Defendant will electronically file a certified copy of the entire state court record no later than fourteen (14) days after the filing of this Notice of Removal.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant are included in the official court file from the Circuit Court for the First Judicial District of Hinds County, Mississippi, attached as Exhibit "A."

3. Defendant has filed a Civil Cover Sheet contemporaneously with this Notice.

## PROCEDURAL PREREQUISITES

4. Defendant was served a copy of Plaintiff's Complaint on May 2, 2023. *See* Proof of Service – Summons, attached as Exhibit "B." This Notice is timely in accordance with 28 U.S.C. § 1446(b)(1) because thirty (30) days have not elapsed since service of Plaintiff's Complaint. *See* Exh. "B."

5. The United States District Court for the Southern District of Mississippi, Northern Division, is the federal judicial district embracing the Circuit Court for the First Judicial District of Hinds County, Mississippi, making venue proper under 28 U.S.C. § 1441(a).

6. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court for the First Judicial District of Hinds County, Mississippi, and a copy of this Notice of Removal will also be served on the Plaintiff pursuant to 28 U.S.C. 1446(d).

7. This Defendant denies any liability and denies that Plaintiff is entitled to any recovery whatsoever. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of this Defendant's right to assert any defense or affirmative matter available under Rule 12 of the Mississippi or Federal Rules of Civil Procedure, or any state or federal statute.

## FEDERAL QUESTION

10. In the Complaint, Plaintiff alleges that Defendant violated the Truth in Lending Act, 15 U.S.C. § 1601 et. seq. when Plaintiff purchased a vehicle from Defendant. *See* Complaint, Exhibit "C."

11. "Only state-court actions that originally could have been filed in federal court may be removed to federal court by the defendant." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).

12. Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, "federal jurisdiction exists only when a federal question is presented on the face of the properly pleaded complaint." *Caterpillar Inc.* at 386.

13. Plaintiff's claims arise under the Truth in Lending Act, 15 U.S.C. § 1601 et. seq. Thus, the federal district courts have original jurisdiction of Plaintiff's state-court action, making removal proper in this case.

## NO WAIVER OR ADMISSIONS

14. By filing this Notice of Removal, Cannon Chevrolet Nissan, LLC does not waive any jurisdictional objections or other defenses that are or may be available.

15. Cannon Chevrolet Nissan, LLC does not concede in any way that the allegations in the Complaint are true or accurate or that Plaintiff is entitled to any relief against it.

WHEREFORE, PREMISES CONSIDERED, Defendant Cannon Chevrolet Nissan, LLC, d/b/a Cannon Nissan of Jackson prays that this Notice of Removal and Exhibits thereto be received and filed, and that the said case filed in the Circuit Court for the First Judicial District of Hinds

County, Mississippi, proceed no further herein. The Defendant further prays for such other, further, special, and general relief as it is entitled to receive.

THIS, the 31st day of May, 2023.

Respectfully submitted,

CANNON CHEVROLET NISSAN, LLC DBA
CANNON NISSAN OF JACKSON

BY: /s/ Roy A. Smith, Jr.
       OF COUNSEL

ROY A. SMITH, JR. - MS BAR NO. 7599
rsmith@danielcoker.com
LUCIAN D. SEYMOUR - MS BAR NO. 106522
lseymour@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: 601-969-7607
FACSIMILE: 601-969-1116

## CERTIFICATE OF SERVICE

I, the undersigned, of counsel for the Defendant, Cannon Chevrolet Nissan, LLC dba Cannon Nissan of Jackson., hereby certify that I have, this day, filed the original of the above and foregoing *Notice of Removal*, and exhibits thereto, in the United States District Court for the Southern District of Mississippi, Northern Division, and that upon electronically filing of the original notice and exhibits thereto, I have served a true and correct copy of the said notice and exhibits on those persons shown on the first page of this document, all to effectuate the removal of a civil action entitled, "*Corey Trotter v. Cannon Chevrolet Nissan, LLC dba Cannon Nissan of Jackson*," bearing Cause No. 25CI1:23-cv-231-EFP from the Circuit Court for the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District

of Mississippi, Northern Division, pursuant to the statutes and rules in such cases made and provided.

THIS the 31st day of May, 2023.

/s/ Roy A. Smith, Jr.