IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

COREY TROTTER                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:23-CV-349-CWR-LGI

CANNON CHEVROLET NISSAN, LLC
D/B/A CANNON NISSAN OF JACKSON
AND TRUIST BANK                                                                DEFENDANTS

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties ore tenus to dismiss this entire cause with prejudice, and this Court, having considered the same and noting that this entire cause has been resolved as between and among the parties, is of the opinion that the motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs and attorney's fees.

SO ORDERED AND ADJUDGED, this the __10th__ day of _____April_____, 2024.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
DANIEL D. WARE – MS BAR #10847
ATTORNEY FOR PLAINTIFF

_____
ROY A. SMITH, JR. – MS BAR # 7599
ATTORNEY FOR DEFENDANTS

{D2232799.1}